# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
**U.S. Probation / Pretrial Services**

**Myron L. Smith**
Chief U.S. Probation Officer

319 Federal Building and U. S. Courthouse
Fayetteville, AR 72701
479-442-9892
Fax -479-442-5276

January 7, 2009

Honorable Jimm Larry Hendren
Chief U.S. District Judge
John Paul Hammerschmidt Federal Building
35 East Mountain Street, Suite 559
Fayetteville, Arkansas 72701

> RE:   **MARTINEZ-VASQUEZ, JOSE LUIS**
>       DKT. NO.: 5:08CR50107-001
>       <u>Status Report</u>

Dear Judge Hendren:

The purpose of this status report is to advise the Court on an oversight on the original petition filed with the Court on December 9, 2008.

While reviewing the petition and related documents to prepare a violation worksheet and recommendation for the Court, it was discovered that "Violation Number Two" (Independence County, Arkansas conviction), may not apply in this case. The actual conduct for this state conviction occurred on April 10, 2005, approximately one month prior to the offender's commencement on supervised release. During this time-frame, Mr. Martinez-Vasquez was still in the Bureau of Prisons custody as a resident of the City of Faith halfway house in Little Rock.

As such, "Violation Number One" (Washington County, Arkansas conviction) will still apply and Mr. Martinez-Vasquez will be exposed to a lesser imprisonment range pursuant to the guidelines. The imprisonment range will change from 30 to 37 months to a range of 18 to 24 months.

It is our recommendation that Violation Number Two be dismissed at the revocation hearing on January 9, 2009. I hope this meets with your approval, and should you need additional information or wish to discuss this matter with me, please advise.

Respectfully submitted,

Michael K. Scott
U.S. Probation Officer

Reviewed by,

William E. Dunn, Jr.
Supervising U.S. Probation Officer

Page 2
Martinez-Vasquez, Jose Luis
Status Report

✓   Address matter during revocation hearing on January 9, 2009

___   Submit Supplemental Petition for Offender Under Supervision

___   Other _____
_____
_____
_____
_____

_____   1/8/09
Honorable Jimm Larry Hendren         Date
Chief U.S. District Judge

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
JAN 8 2009
CHRIS R. JOHNSON, CLERK
BY _____
      DEPUTY CLERK